# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

TRUSTEES OF THE SUBURBAN )
TEAMSTERS OF NORTHERN ILLINOIS ) Docket Number: 08CV2983
PENSION FUND, )
)
) Assigned Judge: JUDGE GUZMAN
)
)
v. ) Designated
) Magistrate Judge: MAGISTRATE JUDGE COX
)
THIELE TRANSPORT, INC., an Illinois )
corporation )
)

TO: (Name and address of defendant)

        THIELE TRANSPORT, INC.
        an Illinois corporation
        c/o Its Registered Agent
        Matthew G. Bertani
        77 129th Infantry Drive
        Joliet, Illinois 60435

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

        JOHN J. TOOMEY
        ARNOLD AND KADJAN
        19 W. Jackson Boulevard, Suite 300
        Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk      Date

**Michael W. Dobbins, Clerk**

*Anya Ellis*

(By) DEPUTY CLERK      May 22, 2008
     Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 5/28/08 @ 4:15pm |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
Served Thiele Transport Inc c/o Reg Agent Matthew Bertani at law office c/o legal assistant Dana Jasnosz

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
w/f 40
Name of person with whom the summons and complaint were left: blond/black hair

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/28/08
         Date              Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE  IL  60068
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.