IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THIELE TRANSPORT, INC..<br>an Illinois corporation<br><br>　　　　Defendant. | No. 08 C 2983<br><br>Judge Guzman<br><br>Magistrate Judge Cox |

## NOTICE OF DISMISSAL

NOW COMES the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, through its attorneys, ARNOLD AND KADJAN, and pursuant to FRCP Rule 41(a)(1)(i) dismisses the above captioned case without prejudice, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned. Upon payment in full of the note balance as set forth in the Settlement Agreement, which are attached, this case shall be dismissed with prejudice on September 1, 2009.

　　　　　　　　　　　　　　　TRUSTEES OF THE SUBURBAN TEAMSTERS
　　　　　　　　　　　　　　　OF NORTHERN ILLINOIS WELFARE AND
　　　　　　　　　　　　　　　PENSION FUND, Plaintiffs

　　　　　　　　　　　　　　　s/John J. Toomey
　　　　　　　　　　　　　　　ARNOLD AND KADJAN
　　　　　　　　　　　　　　　19 W. Jackson Blvd., Suite 300
　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　Telephone No.: (312) 236-0415
　　　　　　　　　　　　　　　Facsimile No.: (312) 341-0438
　　　　　　　　　　　　　　　Dated: July 15, 2008

SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS FRINGE BENEFITS

## Thiele Transport, Inc. : Pension Fund
June 30, 2008

For value received, the undersigned promises to pay to the order of Suburban Teamsters of Northern Illinois **Pension** Fund the principal total of $ 6,164.97 ( **Six Thousand One Hundred Sixty Four and 97/100 dollars.**)

The maker of this Note acknowledges that the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act 29 U.S.C. 1145. For contributions due for the period October, 2006 through March, 2008.

The Employer shall make a **down payment** of **$ 1,541.24** on June 30, 2008, leaving a principal **balance** of **$ 4,623.73**. That balance is to be paid with 10% annual interest in **12** equal and consecutive monthly **installments of $ 406.50** beginning on July 30, 2008. Payments should be sent to:

> Suburban Teamsters of Northern Illinois
> 1171 Commerce Dr. Unit 1
> West Chicago, IL 60185

Or such other place as may be directed by the legal holder of this Note.

**The Employer is to remain current in regular monthly contributions.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for the unpaid amount, together with costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

By: _____  Date: 7/10/08
　　Megan K. Thiele, President
　　Thiele Transport, Inc.

_____  Date: 7/10/08
Megan K. Thiele, Individually