## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> THIELE TRANSPORT, INC.. an Illinois corporation <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No.  08 C 2983 <br><br> Judge Guzman <br><br> Magistrate Judge Cox |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    Megan K. Thiele, President
       Thiele Transport, Inc.
       5 S. 433 Glenoban
       Naperville, Illinois  60563

       THIELE TRANSPORT, INC.
       an Illinois corporation
       c/o Its Registered Agent
       Matthew G. Bertani
       77 129th Infantry Drive
       Joliet, Illinois  60435


        PLEASE TAKE NOTICE that on July 16, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

        1.      Notice of Dismissal.

a copy of which is attached hereto and served upon you.

                            TRUSTEES OF THE SUBURBAN TEAMSTERS
                            OF NORTHERN ILLINOIS WELFARE AND
                            PENSION FUNDS

                            s/John J. Toomey
                            ARNOLD AND KADJAN
                            19 W. Jackson Blvd., Suite 300
                            Chicago, IL 60604
                            Telephone No.:  (312) 236-0415
                            Facsimile No.:  (312) 341-0438
                            Dated:  July 16, 2008

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on July 16, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

.

   Megan K. Thiele
   President
   Thiele Transport, Inc.
   5 S. 433 Glenoban
   Naperville, Illinois  60563

   THIELE TRANSPORT, INC.
   an Illinois corporation
   c/o Its Registered Agent
   Matthew G. Bertani
   77 129th Infantry Drive
   Joliet, Illinois  60435


        s/John J. Toomey
        ARNOLD AND KADJAN
        19 W. Jackson Blvd., Suite 300
        Chicago, IL 60604
        Telephone No.:  (312) 236-0415
        Facsimile No.:  (312) 341-0438
        Dated:  July 16, 2008